IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § | CRIMINAL CASE NO.: 1:17-cr-00015-SCJ |
| Plaintiff, | § § | |
| v. | § § | |
| ELVIN R. MITCHELL, JR., | § § | |
| Defendant. | § | |

## JOINT MOTION TO CONTINUE SENTENCING HEARING

COMES NOW, Elvin R. Mitchell, Jr., Defendant herein, by and through the undersigned counsel, and respectfully files this Joint Motion to Continue Sentencing Hearing, and hereby moves the Court to continue the sentencing hearing set for Defendant from April 28, 2017, until July 11, 2017.

Defendant shows that his counsel has conferred with counsel for the United States regarding the proposed continuance, and that the Government consents to, and joins in, the proposed continuance. A proposed Order is attached to this Motion as Exhibit A.

WHEREFORE, for the reasons set forth herein, Defendant Elvin R. Mitchell, Jr., prays that the Court grant his Joint Motion to Continue Sentencing

1

Hearing, and continue the sentencing hearing set for Defendant from April 28, 2017, until July 11, 2017.

Respectfully submitted, this 24th day of April, 2017.

                                              GILLEN WITHERS & LAKE, LLC

                                              /s/Craig A. Gillen_____
                                              Craig A. Gillen
                                              Georgia Bar No. 294838
                                              One Securities Centre, Suite 1050
                                              3490 Piedmont Road, N.E.
                                              Atlanta, Georgia 30305
                                              Telephone:   (404) 842-9700
                                              Facsimile:    (404) 842-9750
                                              E-mail:          cgillen@gwllawfirm.com

                                              Counsel for Mr. Elvin R. Mitchell, Jr.

## **CERTIFICATION**

The undersigned hereby certifies, pursuant to Local Civil Rule 7.1D, that the foregoing document has been prepared with one of the font and point selections (Times New Roman, 14 point) approved by the Court in Local Civil Rule 5.1B.

GILLEN WITHERS & LAKE, LLC

/s/Craig A. Gillen_____
Craig A. Gillen
Georgia Bar No. 294838
One Securities Centre, Suite 1050
3490 Piedmont Road, N.E.
Atlanta, Georgia 30305
Telephone:   (404) 842-9700
Facsimile:    (404) 842-9750
E-mail:         cgillen@gwllawfirm.com

Counsel for Mr. Elvin R. Mitchell, Jr.

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that, on this 24th day of April, 2017, the undersigned electronically filed the foregoing filing using the CM/ECF system, which will automatically send email notification of such filing to the following attorneys of record:

**Jeffrey W. Davis**
**Assistant United States Attorney**
**Kurt R. Erskine**
**Assistant United States Attorney**
**United States Attorney's Office for the Northern District of Georgia**
600 United States Courthouse
75 Spring Street, S.W.
Atlanta, Georgia 30303
russell.phillips@usdoj.gov

                                                GILLEN WITHERS & LAKE, LLC

                                                /s/Craig A. Gillen_____
                                                Craig A. Gillen
                                                Georgia Bar No. 294838
                                                One Securities Centre, Suite 1050
                                                3490 Piedmont Road, N.E.
                                                Atlanta, Georgia 30305
                                                Telephone:   (404) 842-9700
                                                Facsimile:    (404) 842-9750
                                                E-mail:        cgillen@gwllawfirm.com

                                                Counsel for Mr. Elvin R. Mitchell, Jr.